**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF J.N.M., A MINOR | : No. 50 WAL 2018 |
| | : |
| | : |
| PETITION OF: L.M.W., MOTHER | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| | |
| IN RE: ADOPTION OF C.R.S.J., A MINOR | : No. 51 WAL 2018 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: L.M.W., MOTHER | : the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.